UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
11 SEP 13 PM 3: 14
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 1:11-CR- |
| TREVOR J. SHEA ) | 1:11-cr-0169 WTL-KPF |
| Defendant. ) | |

## INFORMATION

### INTRODUCTION

The United States Attorney charges that:

At all times relevant to this Information:

1. The term "minor" was defined as set forth in Title 18, United States Code, Section 2256(1), as any person under the age of eighteen years.

2. The term "sexually explicit conduct" was defined as set forth in Title 18, United States Code, Section 2256(2), as including actual or simulated: sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal; masturbation; lascivious exhibition of the genitals or pubic area of any person; and sadistic or masochistic abuse.

3. The term "visual depiction" was defined as set forth in Title 18, United States Code, Section 2256(5), as including data stored on a computer disk or by electronic means which is capable of conversion into a visual image.

4. As used in this Information, the name "JANE DOE 2" is the pseudonym of a minor female born in 1994, the name "JANE DOE 3" is the pseudonym of a minor female born

in 1997, the name "JANE DOE 4" is the pseudonym for a minor female born in 1994, and the name "JANE DOE 5" is the pseudonym for a minor female also born in 1994.

The United States Attorney charges that:

## Count 1
### (Sexual Exploitation of Children/Production of Sexually Explicit Images of a Minor)

5.     On or about November 9, 2010, within the District of Maryland and elsewhere, the defendant, TREVOR J. SHEA, did employ, use, persuade, induce, entice, and coerce a minor, to wit: JANE DOE 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction(s) was actually transported and transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and such visual depictions included the following digital files:

  i.   MOV01187.mp4

  ii.  MOV01186.mp4

  iii. MOV01174.mp4

In violation of Title 18, United States Code, Section 2251(a) and (e).

### Count 2
### (Sexual Exploitation of Children/Production of Sexually Explicit Images of a Minor)

6. On or about November 4, 2010, within the District of Maryland and elsewhere, the defendant, TREVOR J. SHEA, did employ, use, persuade, induce, entice, and coerce a minor, to wit: JANE DOE 3, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction(s) was actually transported and transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and such visual depictions included the following digital files:

   i. lauren678.wmv

   ii. lauren1314.wmv

   iii. lauren234.wmv

In violation of Title 18, United States Code, Section 2251(a) and (e).

### Count 3
### (Sexual Exploitation of Children/Production of Sexually Explicit Images of a Minor)

5. On or about December 9, 2010, within the District of Maryland and elsewhere, the defendant, TREVOR J. SHEA, did employ, use, persuade, induce, entice, and coerce two minors, to wit: JANE DOEs 4 and 5, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and such visual depiction(s) was actually transported and transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and such visual depictions included the following digital file:

   i. new4.camrec

In violation of Title 18, United States Code, Section 2251(a) and (e).

## FORFEITURE
## 18 U.S.C. § 2253

The allegations in Counts 1, 2 and 3 of this Information are re-alleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to pursue forfeiture of property pursuant to Title 18, United States Code, Section 2253 as part of any sentence imposed herein.

If convicted of the offenses set forth in Counts 1, 2 or 3, the defendant, Trevor J. Shea, shall forfeit to the United States the defendant's interest in: 1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depictions, which were produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; 2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from offense(s) of which the defendant is convicted; and 3) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense of which the defendant is convicted, or any property traceable to such property.

JOSEPH H. HOGSETT
United States Attorney

STATE OF INDIANA )

) SS:

COUNTY OF MARION )

A. Brant Cook, being first duly sworn, upon his oath deposes and says that he is an Assistant United States Attorney in and for the Southern District of Indiana, that he makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as he is informed and verily believes.

A. Brant Cook
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 13th day September, 2011.

Carrie A. Griffin
Notary Public

CARRIE A. GRIFFIN
Hancock County
My Commission Expires
January 21, 2016

My Commission Expires:

January 21, 2016

My County of Residence:

Hancock

5