FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

11 SEP 14 AM 10: 31

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

*United States v. Trevor J. Shea,*
1:10-CR-0096-WTL-KPF
1:11-CR-169-WTL-KPF
Exhibit "A" to Plea Agreement
Stipulated Facts

### I.   Conduct relating to 1:10-CR-0096-WTL-KPF

In late September 2009, Detective Sergeant Jennifer Pyatt of the Brownsburg (Indiana) Police Department received a complaint that Jane Doe 1, a 16 years old minor female residing in Brownsburg, Indiana, was being "stalked" via the Internet. Jane Doe 1 and a family member reported that several months earlier, Jane Doe 1 and two other female minors used a computer with an internet connection to visit a webcam site where they exposed their breasts to unknown webcam viewers. Approximately one week later, Jane Doe 1 began receiving emails and instant messages from an unknown subject, later identified as the defendant, Trevor J. Shea. Shea threatened to post the webcam images, which he had captured of Jane Doe 1 and her friends exposing their breasts, to the internet. Shea then told Jane Doe 1 that if she complied with his wishes that she produce more images and/or webcam videos for him, he would not post all of her nude photos for others to see. Jane Doe 1 complied with some of Shea's demands, and produced images and videos of herself engaged in sexually explicit conduct and transferred them to him. When Jane Doe 1 refused to comply with further demands and attempted to cut off contact, Shea briefly took control of her MySpace account, and threatened to begin contacting Jane Doe1's friends on MySpace and send them the images of her engaged in sexually explicit conduct. Jane Doe 1 then contacted law enforcement.

Working from information provided by Jane Doe 1, Det. Pyatt initiated a series of subpoenas to MySpace and other internet service providers. Det. Pyatt was able to determine that the internet communications initiated by the individual later identified as Shea had come from an internet connection at a residence, 30304 Summitt Ct., Mechanicsville, Maryland. A federal warrant was obtained for a search of the residence and any computers therein, and was executed on March 4, 2010.

Upon making entry into the residence, investigators encountered Shea. Shea, who was then 19 years of age, resided in the home with his parents. Shea waived his rights, and agreed to speak with Det. Pyatt. Shea admitted to regularly using the internet to seek out and persuade teenage girls to show their breasts on webcams, and at other times frequented websites where webcam footage of teen girls revealing themselves was posted by others. Shea said that he would then obtain contact information for the girls depicted in the webcam footage, contact the girls, and send them a hyperlink to the posted video. Shea would tell them to produce additional images or videos for him, and obtained their compliance by threatening to post the videos in other places where their friends or family could view them.

Shea admitted to engaging in this behavior for his sexual satisfaction. He stated that he has done this to ten (10) or more girls, who were 17 or 18 years old. He said that images or videos of three or four girls who complied with his demands would be found saved on his desktop computer. Shea admitted to having "blackmailed" Jane Doe 1 into producing images of

herself engaged in sexually explicit conduct, and stated that the images and videos she produced at his demand could be found on his computer.

Pursuant to the search warrant, Shea's desktop and laptop computers, as well as other digital storage devices, were seized from his home. A forensic examination was conducted of all of these items.

On Shea's desktop computer, the forensic examination located a folder titled "MINE." The MINE folder contained 23 subfolders, 21 of which were titled with female names, and another two with apparent "screen names." One of these subfolders carried Jane Doe1's first name, and contained the images and videos she was coerced into producing by Shea. Each of the other 22 subfolders contained image and/or video files of young females, appearing to be in their mid- to late-teens, engaged in sexually explicit activity. Some of the females were engaged in activity qualifying as sexually explicit conduct, as defined at 18 U.S.C. § 2256(1), and some were engaged in activity that fell short of that definition. Among the named subfolders in the MINE folder, investigators were able to identify five minor females, in addition to Jane Doe1, who were coerced by Shea into producing images and/or videos of themselves engaged in sexually explicit conduct:

- Jane Doe 6, a minor female who was 13 to 14 years of age during the time period during which she was coerced into producing images and videos depicting her engaged in sexually explicit conduct, and a resident of Arizona during that time period;
- Jane Doe 7, a minor female who was 14 years of age during the time period during which she was coerced into producing images and videos depicting her engaged in sexually explicit conduct, and a resident of New Hampshire during that time period;
- Jane Doe 8, a minor female who was 16 years of age during the time period during which she was coerced into producing images and videos depicting her engaged in sexually explicit conduct, and a resident of Pennsylvania during that time period;
- Jane Doe 9, a minor female who was 15 years of age during the time period during which she was coerced into producing images and videos depicting her engaged in sexually explicit conduct, and a resident of Maryland during that time period;
- Jane Doe 10, a minor female who was 15 to 16 years of age during the time period during which she was coerced into producing images and videos depicting her engaged in sexually explicit conduct, and a resident of New Jersey during that time period.

The forensic review of Shea's computers and digital storage media, as well as forensic interviews of each of Jane Does 1 and 6-10, revealed that Jane Does 1 and 6-10 were victimized in a manner similar to what Shea had described to investigators. This evidence showed that Shea obtained sexually suggestive images of each of the minor females on the internet, and then used online resources to identify and learn all he could about each of them. He then contacted each of the Jane Does and, at some point in their communications, coerced them into producing images

and videos of themselves engaged in sexually explicit conduct under threat of his sending the initial sexually suggestive images to their friends and family. Shea would then use threats of sending the images and videos of them engaged in sexually explicit conduct to friends and family if they did not agree to subject themselves to sadistic/masochistic sexual abuse on web cam, which he captured and recorded upon their compliance with his demands.

In total, Shea coerced the production of dozens of image and video files of Jane Does 1 and 6-10 engaged in sexually explicit conduct. On at least one occasion, Shea did follow through on his threat to disseminate images of Jane Doe 9 engaged in sexually explicit conduct, when he sent such images to Jane Doe 9's boyfriend, a minor male residing in Maryland.

The forensic review of Shea's computers and digital storage media also uncovered the possession and receipt of images of minors engaged in sexually explicit conduct, separate and apart from Shea's coercive activities. On the desktop computer, the forensic review uncovered a folder entitled "kiddy," which included numerous files collected from the internet and depicting prepubescent children engaged in sexually explicit conduct. There were additional child pornography files in two external hard drives taken as part of the search warrant. On the computer and the external hard drives, there were a total of 289 images files and 137 video files depicting minors engaged in sexually explicit conduct. Not counting duplicate files, there were 145 image files and 75 video files. These numbers do not include the dozens of image and video files depicting Jane Does 1-6 engaged in sexually explicit conduct.

## II.    Conduct Relating to 1:11-CR-169-WTL-KPF

Shea made an initial appearance relating to his being charged in Cause Number 1:10-CR-0096-WTL-KPF on June 6, 2010. Shea was released that same day on his personal recognizance pursuant to 18 U.S.C. § 3142, and was ordered to abide by certain conditions to include not to violate any local, state or federal law, that he have no access to a computer or the internet, and that he must reside at his residence at 30304 Summitt Ct., Mechanicsville, Maryland.

On or about November 9, 2010, Det. Karen Spratt with the Santa Rosa County (Florida) Sheriff's Department interviewed Jane Doe 2, a 16 year old minor female residing in Pace, Florida. Jane Doe 2 reported that an individual using the name "Jimmy Farham" was blackmailing her via the internet. On or about November 8, 2010, Farham contacted Jane Doe 2 through her on-line Facebook website page and inquired whether the person who had been blackmailing her the previous year had been caught. Jane Doe 2 reported that Farham then engaged her in internet chat, and told her to guess who was back, and proceeded to threaten her and demand new nude images of her.

In response to this threat, Jane Doe 2 made videos and took several photographs that depicted her in the nude. Jane Doe 2 stated that on November 9, 2010, she e-mailed the videos and images to Farham at the e-mail address he provided. Jane Doe 2 stated that after she sent the e-mail to Farham and got off the computer, she received a text stating that she had made a mistake, she should not have gotten off the computer, and that the videos and pictures would be sent to her friends. Jane Doe 2 then contacted law enforcement.

Jane Doe 2 also reported that previously, in the summer of 2009, another individual using the name "James" had similarly threatened her via her on-line MySpace website page. "James" had told her that he would send a nude video of her to her friends if she did not send him more pictures or videos of herself in the nude or engaging in other activities such as putting clothes pins on her nipples. In response to these threats, Jane Doe 2 stated that she provided nude videos and images to "James." During the forensic examination of Shea's computers seized in March 2010, a subfolder was found in the "MINE" folder referenced above that was named with Jane Doe 2's name, though investigators had been unable to develop a means for identifying her. This subfolder contained images of Jane Doe 2 engaged in sexually explicit conduct.

Following Jane Doe 2's report in November 2010, Det. Spratt's investigation determined that the email account to which Jane Doe had been coerced to send the images and videos of herself was being accessed by an internet access point at 30304 Summitt Ct., Mechanicsville, Maryland 20659, Shea's residence. A federal search warrant was executed at the residence on December 22, 2010. Shea was found inside the residence, along with a laptop computer in his bedroom. Shea was arrested for a violation of his pe-trial release, and the laptop computer was seized for a later examination.

On the laptop computer found in Shea's bedroom, a forensic examination located a folder structure very similar to that discovered following the March 2010 search. Twelve folders were located with titles of "mine-[name of female]," each of which contained images of young females appearing to be mid-to-late teens in states of nudity. Several of the females depicted appear to be distressed. One of the folders found was named "mine-[Jane Doe 2]," and contained several videos depicting Jane Doe 2 engaged in sexually explicit conduct produced on or about November 9, 2010.

Following the review of the computer and discovery that several additional minor females may have been used or coerced to produce child pornography, investigators attempted to identify those minors. Investigators have been able to identify that Shea used and/or coerced at least three additional minor females to produce child pornography:

- Jane Doe 3, a minor female who was 13 years of age during the time period during which she was coerced into producing videos depicting her engaged in sexually explicit conduct, and a resident of Maryland during that time period;

- Jane Doe 4, a minor female who was 16 years of age during the time period during which she was coerced into producing a video depicting her engaged in sexually explicit conduct, and resident of Kansas during that time period;

- Jane Doe 5, a minor female who was 16 years of age during the time period during which she was coerced into producing a video depicting her engaged in sexually explicit conduct, and resident of Kansas during that time period.

Respectfully submitted,

JOSEPH H. HOGSETT
United States Attorney

9/14/11
DATE

_____
A. Brant Cook
Assistant United States Attorney

9/14/11
DATE

_____
Bonnie L. Kane   by A. Brant Cook
Bonnie L. Kane
Trial Attorney

9/14/2011
DATE

_____
Joe H. Vaughn   B. Mindler / for
Criminal Chief

9/1/11
DATE

_____
Trevor Shea
TREVOR J. SHEA
Defendant

9/1/11
DATE

_____
Michael Donahoe
Attorney for Defendant