FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA** SEP 13 PM 3: 14
**INDIANAPOLIS DIVISION**

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) ) ) ) ) ) |
| V. | ) 1:10-CR-0096-WTL-KPF<br>) 1:11-CR-      -WTL-KPF ) |
| TREVOR SHEA,<br>Defendant. | ) **1 : 11 -cr- 0 1 6 9 WTL -KPF**<br>) ) |

**FILED**

**SEP 27 2011**

**U.S. DISTRICT COURT**
**INDIANAPOLIS, INDIANA**

## PETITION TO ENTER A PLEA OF GUILTY
## and
## REQUEST FOR PRESENTENCE INVESTIGATION

The defendant TREVOR SHEA, individually and by counsel,

petitions the court for leave to enter a plea of guilty.  The defendant

represents to the court as follows:

1.    My full true name is TREVOR SHEA.

2.    I can read and write the English language.

-1-

SCANNED

6

3.    I have received a copy of the Indictment and the Information.
      I have read it and discussed it with my attorney and I believe I
      understand the charges brought against me in this case.

4.    I understand that

      a.    The maximum statutory punishment for count 1 through
            4 of the Indictment is 30 years in prison, a fine of
            $250,000, and supervised release for life.  The maximum
            statutory punishment for Counts 1 through 3 of the
            Information is 30 years in prison, a fine of $250,000, and
            supervised release for life.

      b.    I will have to pay, at the time of sentencing, a special
            assessment of $700 .

      c.    I may have to pay a fine.

      d.    I may have to pay restitution.

5.    I have the right to be represented by an attorney at every stage
      of this legal proceeding and if I am financially unable to hire
      an attorney one will be appointed to represent me.

6.    I know I have a right to plead not guilty, or to persist in a not

-2-

guilty plea already made, and that if I choose to plead not

guilty the Constitution guarantees me:

a.    the right to a speedy and public trial by jury in the

district in which I am charged;

b.    the right to confront and cross-examine adverse

witnesses;

c.    the right to use the power and the process of the court to

compel the production of any evidence, including the

attendance of any witnesses in my favor, at my trial;

d.    the right to the assistance of counsel at every stage of the

proceedings, including an appeal if need be;

e.    the right to remain silent, including a right not to be

compelled to testify at my trial;

f.    the right to testify in my own defense at the trial; and

g.    a right to appeal my conviction and my sentence to a

higher court even if I am financially unable to pay the

cost of an appeal.

7.   If my plea of guilty is accepted by the court there will not be a

further trial of any kind and that by pleading guilty I waive the

right to a trial.

8.   Except for the written plea agreement no officer or agent of

any branch of government (federal, state or local), nor any

other person, has made any promise or suggestion of any kind

to me, or within my knowledge to anyone else, that I would

receive a lighter sentence or any other consideration if I would

plead guilty, and no such person has made any threats

against me if I exercise my right to go to trial.

9.   My attorney has advised me that if I am not a citizen of the

United States a conviction in this case may result in my being

deported from the United States.

10.  I offer my plea of guilty freely and voluntarily and of my own

accord.

11.  I request a presentence investigation by the probation office of

this court to be commenced immediately.  I consent to the

review of my presentence report by the Judge, by my attorney

-4-

and myself, and by counsel for the government prior to the

acceptance of my plea of guilty by the court.

Dated: 9/1/11

TREVOR SHEA

Dated: 9/1/11

Michael J. Donahoe
Indiana Federal Community Defenders
Suite 752
111 Monument Circle
Indianapolis, IN. 46204-5172
(317) 383-3520
Attorneys for TREVOR SHEA

CERTIFICATE OF SERVICE

I certify that a copy has been provided to A. Brant Cook,

Assistant United States Attorney.

Michael J. Donahoe

-5-